**Order entered June 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00764-CV

### IN RE JORGE BARROQUIN, Relator

**Original Proceeding from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1353472**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** relator to bear the costs of this original proceeding.


/s/     DOUGLAS S. LANG
        JUSTICE